IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

UNITED STATES OF AMERICA

v.                                    CRIMINAL NO. 2:23-00202

MATTHEW L. FARMER

### MEMORANDUM OPINION AND ORDER

Pending before the court is the motion of defendant Matthew L. Farmer for a continuance of trial and all case related matters. (ECF No. 32.) In support of defendant's motion, counsel for defendant explains that more time is needed to review the discovery concerning possible pre-trial procedure, defenses, and mitigation. The government does not oppose defendant's motion.

Because failure to grant the requested continuance would likely result in a miscarriage of justice, the court finds that the ends of justice outweigh the interest of the defendant and the public in a speedy trial, see 18 U.S.C. § 3161(h)(7)(A), and **GRANTS** defendant's motion to continue. In deciding to grant defendant's motion, the court considered the factors outlined in 18 U.S.C. § 3161(h)(7)(B) and finds that denying the motion "would deny counsel for the defendant . . . the reasonable time necessary for effective preparation, taking into account the exercise of due diligence." Id. § 3161(h)(7)(B)(iv).

Accordingly, the court hereby **ORDERS** as follows:

1. The deadline for the filing of pretrial motions is continued to April 25, 2024;

2. The Pretrial Motions Hearing is continued to May 7, 2024, at 11:30 a.m. in Charleston;

3. Jury Instructions and Proposed Voir Dire are due by June 3, 2024;

4. Trial of this action is continued to June 11, 2024, at 9:30 a.m. in Charleston; and

5. Pursuant to 18 U.S.C. § 3161(h)(7)(A), the time from the filing of the motion until the trial is excludable for purposes of the Speedy Trial Act.

6. The plea hearing is CANCELLED. If defendant desires to enter a guilty plea, counsel should file a motion with the court.

The Clerk is directed to send a copy of this Memorandum Opinion and Order to all counsel of record, to the United States Marshal for the Southern District of West Virginia, and to the Probation Office of this court.

**IT IS SO ORDERED** this 5th day of April, 2024.

ENTER:

*David A. Faber* (signature)

David A. Faber
Senior United States District Judge