IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

UNITED STATES OF AMERICA

v.  CRIMINAL CASE NO. 2:23-00202

MATTHEW L. FARMER

### MEMORANDUM OPINION AND ORDER

Pending before the court is the motion of defendant's counsel, Louie Thompson Price, to be relieved of appointment as counsel. (ECF No. 37). On May 7, 2024, the court held a hearing on Mr. Price's motion. For reasons placed on the record at the hearing, the court **GRANTED** Mr. Price's motion to be relieved as counsel. Having previously found defendant to be indigent and entitled to appointed counsel under the Criminal Justice Act, the court **APPOINTS** J. Miles Morgan as counsel for defendant.

The Clerk is directed to send a copy of this Order to Mr. Morgan, the other counsel of record, to the United States Marshal for the Southern District of West Virginia, to the Probation Office of this court, and to the CJA Supervising Attorney.

**IT IS SO ORDERED** this 13th day of May, 2024.

ENTER:

David A. Faber
Senior United States District Judge